

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MANUEL CARRASCO-FLORES A/K/A NELSON FLORES-CARRASCO, | § § | No. 08-13-00232-CR |
| Appellant, | § | Appeal from the |
| v. | § | 362nd District Court |
| THE STATE OF TEXAS, | § | of Denton County, Texas |
| State. | § | (TC# F-2012-2661-D) |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time to file the brief until **May 6, 2014.**   NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Timothy E. Powers, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before **May 6, 2014.**

IT IS SO ORDERED this 2nd day of April, 2014.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.